IN THE COURT OF APPEALS
FOR THE TWELFTH DISTRICT OF TEXAS
AT TYLER

-------------------

No. 12-14-00016-CV

-------------------

JUAN ENRIQUEZ,
Appellant,

v.

RICK THALER,
Appellees.

-------------------

FILED IN COURT OF APPEALS
12th Court of Appeals District

JUN 11 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

APPELLANT'S ADVISORY TO COURT AND MOTION TO
STRIKE APPELLEES' RESPONSE TO MOTION TO ABATE

TO THE HONORABLE JUDGES OF SAID COURT:

Juan Enriquez, Appellant, files this Advisory to inform the Court that the Appellees filed a Response to Appellant's motion to abate but they did not serve their response on the Appellant, thus violating one of this Court's strictest requirements, and in light of such violation, Appellant moves that the Court strike the response until compliance with service is performed.

I.

The Appellees in this case are the very prison officials who are in complete control of the Appellant. The Appellees are free to manipulate Appellant's legal mail, to manipulate Appellant's law library access, and to manipulate all phases of Appellant's efforts to litigate this appeal.

II.

The Appellant submits that it is time for the Court to protect its jurisdiction over appeals to require prison officials

to comply with the service rules when filing electronically otherwise prisoner litigants will not be able to have the same opportunity as litigants with access to electronic media filing.

## III.

WHEREFORE, PREMISES CONSIDERED, Appellant moves the Court to strike Appellees' reply to motion to abate until the service requirements are met.

Respectfully submitted,

Juan Enriquez
22/122
TDCJ-Michael
2664 FM 2054
Tennessee Colony, TX 75886

## Certificate of Service

I, Juan Enriquez, certify that a correct copy of the foregoing advisory and motion was served by placing same in the United States mail, postage prepaid, on June 3, 2015, addressed to Brianna Webb, Assistant Attorney General, P. O. Box 12548, Capitol Station, Austin, TX 78711.

Juan Enriquez